UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SACR 15-00004-CJC |
| | ) | |
| Plaintiff, | ) | ORDER Of DETENTION |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD HOON CHUNG, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant's motion for review of the Magistrate Judge's detention order and for release is **DENIED**. The Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required and the safety of the community. The Court has considered (i) the nature and circumstances of the 19 counts of wire fraud charged; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

As to flight risk, the grand jury returned a 19 count indictment charging Defendant with serious wire fraud.

Specifically, Defendant is charged with defrauding Medicare by means of fraudulent billing over a seven-year period resulting in a loss of approximately $7.1 million.  If convicted, Defendant faces a very lengthy prison sentence.  Defendant also has very significant ties to Korea.  He was born there.  He speaks Korean fluently.  For the past 14 years, on nearly a yearly basis, Defendant has traveled to Korea where he stays for two to three weeks to visit family and friends.  The Court also has serious concerns regarding Defendant's sureties.  The home Defendant's purported ex-wife is offering for security has a significant mortgage and the Court does not see how Defendant's purported ex-wife can make the mortgage payments.  In any events the home may have been acquired with ill-gotten gains from Defendant's scheme and subsequently transferred by him to his purported ex-wife to shield it from the Government.

As to danger, Defendant is charged with very troubling economic crimes.  Defendant purportedly had the intellect and audacity to create and implement a fraudulent seven-year scheme that undermined the Government's vital medicare program designed to protect and care for the elderly and sick.  He also appears now to have conspired with his wife to shield assets from the Government.  And he allegedly used the ill gotten gains to fund a lavish lifestyle. Defendant's alleged actions reflect a heartless mentality.  There is a significant risk that he would commit further crimes if released.

IT IS THEREFORE ORDERED that Defendant be detained prior to trial.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that Defendant be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: January 21, 2015

_____
HONORABLE CORMAC J. CARNEY
United States District Judge